FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★  MAR 04 2015  ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DANYELL GREENE,

                 Plaintiff,

                 **ORDER**
-against-              14-CV-6290(SJF)(SIL)

CORRECTION OFFICER DESOUSA, SERGEANT KRUTE,
in their individual capacities,

                 Defendants.
----------------------------------------------------------------X
FEUERSTEIN, District Judge:

On October 22, 2014, *pro se* plaintiff Danyell Greene ("plaintiff") commenced this civil rights action pursuant to 28 U.S.C. § 1983 ("Section 1983") against Nassau County Corrections Officer Desousa and Sergeant Krute (together, "defendants"). Accompanying the complaint is an application to proceed *in forma pauperis*.

Upon review of plaintiff's declaration in support of her application to proceed *in forma pauperis*, plaintiff's financial status qualifies her to commence this action without prepayment of the filing fees. *See* 28 U.S.C. § 1915(a)(1). Accordingly, plaintiff's application to proceed *in forma pauperis* is GRANTED.

The Clerk of Court is directed to forward copies of the summonses, the complaint, the Notice of Hearing dated March 4, 2015 and this Order to the United States Marshal Service for service upon the defendants without prepayment of fees, and to mail a copy of this Order to the *pro se* plaintiff at her last known address.

**SO ORDERED.**

                 s/ Sandra J. Feuerstein
                 _____
                 Sandra J. Feuerstein
                 United States District Judge

Dated: March 4, 2015
      Central Islip, New York